PHŒBE NOXON, Appellant, *v.* WILLIAM J. GLEN et al., Impleaded, etc., Respondents.

(Argued February 26, 1890; decided March 18, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made the first Tuesday of June, 1886, which affirmed a judgment in favor of defendants entered upon a decision of the court on trial without a jury.

*A. J. Abbott* for appellant.

*C. H. Roys* for respondents.

Agree to affirm ; no opinion.
All concur, except BRADLEY and HAIGHT, JJ., not sitting.
Judgment affirmed.

---

MARY E. Y. HOWE, Respondent, *v.* JAMES LYALL et al., Appellants.

(Argued February 26, 1890; decided March 18, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made July 1, 1887, which affirmed a judgment in favor of plaintiff entered upon a verdict, and affirmed an order denying a motion for a new trial.

*Josiah T. Marean* for appellants.

*Treadwell Cleveland* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.